# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CLARISSA GILMORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV618-115 |
| GEORGIA DEP'T OF CORRS., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Defendants' motion to stay discovery (doc. 26) pending disposition of their motion to dismiss (doc. 27), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."); *see also* doc. 28 (plaintiff's timely opposition to defendants' motion to dismiss).

**SO ORDERED,** this 11th day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA