AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLARISSA GILMORE,

    Plaintiff,

v.

ALBERTA W. MILTON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 18, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is granted in part and denied in part. This case is dismissed and stands closed.

Approved by: _____

January 20, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk



GAS Rev 10/2020