IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CLARISSA GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTA W. MILTON, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 6:18-cv-115 |

**O R D E R**

The Judgment in the above-styled action having been reversed and remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 14th day of August, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA